IN THE CIRCUIT COURT FOR JEFFERSON COUNTY, TENNESSEE

| | |
|---|---|
| KAREN WALDRON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 27482-IV |
| | ) |
| HEALTH SUPPLY US, LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on January 5, 2023, Defendant Health Supply US, LLC ("Defendant" or "HSUS") filed a Notice of Removal in the United States District Court for the Eastern District of Tennessee to remove this action to that court pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446. A true and accurate copy of Defendant's Notice of Removal, with exhibits, is attached as **Exhibit 1**.

PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. ¶ 1446(d), the filing of this Notice of Removal effectuates the removal of said action and this Court may proceed no further unless and until this case is remanded.

This the 5th day of January, 2023.

J. Chadwick Hatmaker, BPR #018693
Kaitlyn E. Hutcherson, BPR #035188
Woolf, McClane, Bright, Allen & Carpenter, PLLC
Post Office Box 900
Knoxville, Tennessee 37901
Tel: 865-215-1000
Fax: 865-215-1001

**EXHIBIT 2**

6046945.3
Case 3:23-cv-00007-KAC-JEM   Document 1-2   Filed 01/05/23   Page 1 of 2   PageID #: 10

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing Notice of Filing Notice of Removal has been served upon the following counsel for the parties in interest herein by mailing same to the offices of said counsel by United States Mail with sufficient postage thereon to carry the same to its destination.

Jeffrey C. Taylor, Esq.
Taylor Law Firm
365 West Third North Street
Morriston, Tennessee 37814
Jeff@taylorlawfirmtn.com

This the 5th day of January, 2023.

_____
J. Chadwick Hatmaker